UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF            )
                            )
THE EXTRADITION OF          )            Misc. No. 23-747
                            )
EDWIN ECHAVARRIA            )

COMPLAINT
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on

information and belief that the following is true and correct:

1.      In this matter, I represent the United States in fulfilling its treaty obligation to

Chile.

2.      There is an extradition treaty in force between the United States and the

Government of the Republic of Chile ("Chile").  *See* Extradition Treaty Between the

Government of the United States of America and the Government of the Republic of Chile, U.S.-

Chile, June 5, 2013, T.I.A.S. No. 16-1214 (the "Treaty"), attached as Exhibit A.

3.      The Treaty provides in Article 11 for the provisional arrest and detention of

alleged fugitives pending the submission of a formal request for extradition and supporting

documents.

4.      In accordance with Article 11 of the Treaty, Chile has asked the United States for

the provisional arrest of Dominican Republic citizen Edwin ECHAVARRIA (ECHAVARRIA or

the "fugitive"), with a view toward his extradition.

5.      According to the information Chile has provided, ECHAVARRIA is accused of

offenses including: (1) serious injury, in violation of Article 397(2) of the Chilean Criminal

1

Code; and (2) simple homicide, in violation of Article 391(2) of the Chilean Criminal Code.

6.      These offenses were committed within the jurisdiction of Chile.  On July 25, 2022, Guarantee Judge of the 13th Guarantee Court of Santiago, Claudia Ximena Godoy Aspee, a judicial officer authorized by Chilean law to issue warrants of arrest, issued a warrant in Santiago, Chile, for ECHAVARRIA's arrest for these offenses.  The warrant remains valid and enforceable.

7.      Chile's request presents the following information as the basis for the complaint and arrest warrant:

<u>June 2, 2021, Stabbing</u>

    a.   On June 2, 2021, at approximately 9 p.m., ECHAVARRIA, along with another individual, approached E.R. ("Victim 1"), who was riding a bicycle in Peñalolén, Chile.  ECHAVARRIA and the other individual grabbed Victim 1 by his clothes, and then kicked and beat him, using bladed weapons to inflict several clinically serious puncture wounds, including an abdominal wound, a small bowel injury, and a facial wound.

    b.   Later that night, Victim 1's sister, S.R., reported the incident to police.  She stated that, at 9 p.m. that day, she received a phone call from Victim 1, in which he told her that ECHAVARRIA and another person had hit and stabbed him.  S.R. took a cab to where Victim 1 was located, and found that his clothing was bloody and he had a cut on his face and stab wounds to the abdomen and to a rib.  S.R. took Victim 1 to a health facility, where he received medical care.  He was subsequently transferred to another medical facility.

c.  S.R. also stated to police that, while she was at the health facility, she saw
ECHAVARRIA and another person riding on bicycles, looking for her and
Victim 1.  Around that time, ECHAVARRIA called her and told her that he had a
gun and he was looking for her to kill her.  S.R. then filed a complaint with
Chilean police, and submitted to Chilean authorities emergency care records from
the Lo Hermida Primary Care Facility, dated June 2, 2021, showing that Victim 1
was admitted with multiple injuries caused by sharp objects.

d.  Chilean police conducted various investigative activities, including photographing
the crime scene and Victim 1's clothing.

e.  On August 24, 2021, S.R. provided another statement to the police.  Among other
things, S.R. stated that Victim 1 and S.R. knew ECHAVARRIA as acquaintances
prior to the incident, as he, like them, is also a national of the Dominican
Republic.  She also stated that Victim 1 had to be transferred to a private hospital
because of the severity of his injuries.  S.R. further stated that, during the first few
days while Victim 1 was hospitalized, S.R. received a number of threats from
ECHAVARRIA.

f.  Also on August 24, 2021, Victim 1 provided a statement to the police.  Among
other things, he stated that, on the day of the incident, he was riding a bicycle in
an alley near his home, when he felt a sudden pain in his left lumbar area.  He
turned and felt someone grab his clothing.  He subsequently felt punches and saw
a large knife or machete that was used to attack him, causing injuries to his
stomach and face.  Victim 1 saw the faces of both people who attacked him, and
he recognized one of them as ECHAVARRIA, whom he knew previously.  As

3

soon as he could get free, Victim 1 ran through alleys to escape from his attackers, and he was able to lose them.  Victim 1 then called his sister, S.R., and told her he had been mugged, before he then lost consciousness.  Victim 1 further stated to police that, following the incident, he learned through a third party that ECHAVARRIA said that, if Victim 1 were looking for trouble, he would find it through ECHAVARRIA.

g.  Based on the information provided by Victim 1 and S.R., Chilean police searched the database of the Vital Records and Identification Service and identified a photograph of ECHAVARRIA.  Chilean authorities then conducted two separate photographic lineups.  Both Victim 1 and S.R. separately identified ECHAVARRIA from a ten-person photographic array as the person who injured Victim 1 and threatened Victim 1 and S.R.

h.  A medical examiner's office conducted an assessment of Victim 1 and, by report dated May 31, 2022, concluded that Victim 1's injuries were of a serious nature.

June 11, 2022, Shooting

a.  Victim 1 resided with L.V. ("Victim 2") in Peñalolén, Chile.  On June 11, 2022, at approximately 8:10 p.m., ECHAVARRIA arrived at Victim 2's house. ECHAVARRIA was accompanied by other individuals, one of whom was carrying a firearm.  ECHAVARRIA and the individuals with him broke into the home, went to the bedroom where Victim 2 was located, and shot Victim 2 several times, causing his death.

b.  Chilean police received a call that shots had been fired and that a man was dead in Victim 2's home.  Police responded and secured the scene.  Inside the house,

police found two witnesses—M.C. and E.R. (Victim 1)—and found Victim 2's body lying on the floor of a bedroom. M.C. and E.R. were taken to the police station, where they provided witness statements and identified the body as Victim 2.

c.   A report by a forensic medical examiner concluded that the probable cause of Victim 2's death was thoracic abdominal trauma caused by individual ballistic projectile wounds. The homicide squad also examined the scene and observed, among other things, signs of force on a door on the side of the property that allowed entry to the kitchen. Further, police recovered forensic evidence, including shell casings, from near Victim 2's body in the bedroom.

d.   On the night of June 11, 2022, police obtained a statement from M.C. M.C. told police that, at approximately 8 p.m. that day, he received a phone call from Victim 2, who said, "come, he is here." M.C. asked Victim 2 to whom he was referring, but Victim 2 did not respond. M.C. then heard through the phone the sound of breaking crockery. He hung up the phone and called Victim 2 back, but Victim 2 did not answer. M.C. decided to go to Victim 2's home to find out what happened. When he arrived, neighbors told him that the other residents had left the house. M.C. ran to look for them and met E.R., who told him, "They killed him." M.C. then entered the house and, inside, found Victim 2 lying on the floor, bloodied, with bullet holes in his abdomen.

e.   On June 13, 2022, police obtained statements from five witnesses—Y.H., R.V., G.M., M.M., and E.R.—who informed police as follows:

i.    On June 11, 2022, at approximately 8 p.m., E.R., R.V., Y.H., M.M., and Victim 2 were in the living room of Victim 2's home.  G.M. was with his family on the second floor of the residence.

ii.   Y.H. went out to the front of the house, where she encountered three men, one of whom was armed.  The armed man asked about Victim 2 and asked Y.H. to open the door.  Y.H. then went inside, closed the front door, and alerted the others inside.  R.V., Y.H., and M.M. ran and hid in the bathroom, while E.R. hid under the bed in his bedroom.  Y.H. and R.V. then exited through the bathroom window into the side yard.  There, an individual grabbed Y.H. by the neck and asked her where Victim 2 was.  When she said she did not know, the armed man broke down the kitchen door and entered the house and, a few minutes later, Y.H. heard several gunshots.  Subsequently, she and R.V. walked to a barbershop down the street and asked the shop to call the police.  Y.H. further stated that a man named "B." arrived and asked E.R. whether it was true that Victim 2 was dead.

iii.  R.V. told police that, when she came out of the bathroom, she saw a man she knew from the Dominican Republic, whom she knew as "Diwi."  R.V. saw "Diwi" kick in the kitchen door and enter the house armed.  R.V .and Y.H. then ran outside, where they saw two men standing at the door of the house.  They ran to an alleyway and then heard gunshots.  After R.V. saw "Diwi" and the other men leave Victim 2's house, R.V. and Y.H. went back inside the house and found Victim 2 shot dead on the floor.

Subsequently, M.M., Y.H., E.R., and R.V. left the house and walked

through nearby streets, where they encountered "Diwi"'s brother, "B."

"B." asked E.R. where Victim 2 was.  "B." also told E.R. that Victim 2

had called him saying that "Diwi" was going to kill him.

iv.   G.M. corroborated statements made by Y.H. and R.V.  He told police that,

at approximately 8 p.m. on June 11, 2022, he heard screams.  Looking out

from the second floor, where he lived, he saw three women and two men

arguing in the courtyard of the house.  His family told him to hide.  When

he looked again, he saw one of the individuals kick in the kitchen door.  A

few minutes later, he heard one of the women yell, "I'll kill him," before

they ran into the street.

v.   M.M. told police that she stayed inside the bathroom and heard people

shouting, "Where is [Victim 2]?"  She then heard a door being broken and

gunshots.  When the shooting stopped, she came out of the bathroom and

saw Victim 2 dying on the floor of his room.  E.R. then took her out of the

house, where they encountered a Dominican individual who wanted to

know if it was true that Victim 2 had been killed.

vi.   E.R. told police that, after the women went into the bathroom, he saw a

man nicknamed "Diwi," another man nicknamed "Salamero," and two

other men approaching, so he closed the door of the house and went to his

room to hide.  He heard the kitchen door being kicked in.  He then heard

"Diwi" say, "Salamero pass me the gun."  After that, he heard around

eight gunshots and, after a moment of silence, he heard the women shout,

7

"I'll kill him."  E.R. left the house with the women and, while walking

down the street, they encountered M.C., who was "Diwi"'s brother.  M.C.

asked E.R. whether it was true that Victim 2 was killed.

f.  E.R. told police that he knew "Diwi" from the Dominican Republic, that he knew

that "Diwi"'s name is "Edwin Echeverria," and that "Diwi" is the same person

who previously attacked him with a knife, leaving him in very serious condition.

Based on the information provided by E.R., the police searched the database of

the office of Vital Records and Identification and identified a photograph of

ECHAVARRIA.  Chilean authorities then conducted at least three separate

photographic lineups.  E.R. identified ECHAVARRIA from a ten-person

photographic array as depicting the person nicknamed "Diwi" who, "on the day of

the events entered the place where I reside, . . . [and] asked the other individual

with whom he entered for a weapon, after which I heard 8 shots that killed

[Victim 2]."  Separately, Y.H. identified ECHAVARRIA from a ten-person

photographic array as depicting the person nicknamed "Diwi," who "the day of

the events entered the residence . . . through the side patio, carrying a firearm and

started shooting as soon as he entered."  Separately, R.V. identified

ECHAVARRIA from a ten-person photographic array as depicting the person

nicknamed "Diwi," who "the day of the events entered the residence . . . through a

door he broke to the side patio, carrying in his hands a firearm."

g.  Additionally, Chilean police analyzed surveillance footage taken on June 11,

2022, between approximately 7:55 p.m. and 7:59 p.m., from security cameras

near Victim 2's house and its surroundings, and identified and extracted

8

photographs of individuals walking or running.  Separately, E.R., Y.H., and R.V. reviewed the photographs and identified one of the photographs as depicting the individual who entered the house on the day of the shooting.  E.R. and R.V. further identified that individual to police as "Diwi."

h. Chilean authorities conducted an autopsy of Victim 2's body.  The autopsy report, dated September 6, 2022, concluded, among other things, that Victim 2's death was caused by thoraco-abdominal trauma due to individual ballistic projectile wounds, that the wounds were perpetrated by another individual, and that the death was violent.

8. Article 2 of the Treaty covers the offenses of which ECHAVARRIA is accused.

9. ECHAVARRIA may be found within the jurisdiction of this Court. ECHAVARRIA is currently detained by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, at the Moshannon Valley Processing Center in Pennsylvania.

10. Chile has represented that it will submit a formal request for extradition, supported by the documents the Treaty specifies and within the time the Treaty requires.

WHEREFORE, the undersigned requests that a warrant for ECHAVARRIA's arrest be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Chile, so that the fugitive may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered, and that this complaint and the warrant be placed under the seal of the Court until such time as the warrant is executed.

*/s/ William B. Guappone*
William B. Guappone
Assistant United States Attorney

Sworn to before me, by telephone, this 24th day of July, 2023.

Honorable Patricia L. Dodge
United States Magistrate Judge

10